**Reginald LOMBARD, Plaintiff–Appellant**

v.

**LANGLEY PRODUCTIONS; Viacom International, Incorporated, Defendants–Appellees.**

No. 13–30979
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 12, 2014.

Reginald Lombard, Winnfield, LA, pro se.

Loretta Gallaher Mince, Esq., Fishman Haygood Phelps Walmsley Willis & Swanson, L.L.C., New Orleans, LA,

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed. The Plaintiff has stated no ground for federal jurisdiction. If he intends his complaint to be defamation, he says nothing about residence or extent of damages required for diversity jurisdiction over a state law claim. It is not case citations he lacks; but he alleges no injury protected by federal law.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.